UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL ESTRADA,<br><br>              Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, et al.,<br><br>              Defendant.<br>_____ | Case No. CV 11-02053 DSF (FFMx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 8/1/11

                                                             DALE S. FISCHER<br>
                                              United States District Judge